CORA B. ROWELL, as Executrix, etc., of WADHAMS J. ROWELL, Deceased, and Individually, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and matter remitted to the Special Term for further proceedings. Per Curiam. When the original reference was terminated by the action of the plaintiff the stipulation for such reference ceased to have force. The later stipulation under which the order referring the issues for trial to the Hon. William M. Ross was made was to the effect that the case be referred to an official referee. Under these circumstances the Special Term, upon the official referee appointed expressing his inability to hear the case and, therefore, asking to be relieved, was not entitled to refer the case to other than an official referee. If an official referee will not hear the case (and of course it is within the power of such a referee to decline the appointment), the trial should be before the Special Term in the usual way. All concur.

RAYMOND L. BOMMER, as Committee of the Person and Estate of PHILIP BENEDITTI, an Incompetent, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

JAMES E. BARONE, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary. Motion for order substituting Angela L. Barone, administratrix of James E. Barone, deceased, as party plaintiff granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE RYAN, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERRITT B. SCHUYLER, Appellant, v. FRANK L. HEACOX, as Acting Warden of Auburn Prison, Respondent. — Motion for leave to appeal to the Court of Appeals denied.

JOSEPH H. GILMORE and Others, Respondents, v. CITY OF ROCHESTER, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

THERESA KUNTZ, Appellant, v. LLOYDS CASUALTY COMPANY, Respondent.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals denied.

ADRIANNA VANDE SANDE, as Limited Administratrix, etc., of LEO VANDE SANDE, Respondent, v. ROCHESTER POWER COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

ADRIANNA VANDE SANDE, Respondent, v. ROCHESTER POWER COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of WILLIAM J. BAKER, an Attorney and Counselor at Law.— Report of referee, so far as it relates to the Christian, O'Brien and Ohnmacht charges, confirmed and order of disbarment entered. All concur; Thompson, J., not sitting.